McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Marilyn Collins

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service, <br><br> Petitioners, <br><br> v. <br><br> MARY L. VINCENT, <br><br> Respondent. | Case No. 08-CV-00398-OWW-SMS <br><br> **ORDER TO SHOW CAUSE** <br><br> Date: May 9, 2008 <br> Time: 9:30 a.m. <br> Ctrm: 7 - 6th Floor |

Upon review of Petitioners United States of America and Revenue Officer Marilyn Collins' Petition to Enforce Internal Revenue Service Summons, and the Memorandum of Points and Authorities and Declaration of Marilyn Collins filed in support of the petition,

IT IS HEREBY ORDERED that Respondent Mary L. Vincent ("Respondent") appear before the United States District Court for the Eastern District of California, in Courtroom No. 7, on the 9th day of May, 2008, at 9:30 a.m. to show cause why she should not be compelled to obey the Internal Revenue Service summons

1

served upon her on October 11, 2007 and attached to the Declaration of Marilyn Collins.

   IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy of each of the Petition to Enforce Internal Revenue Service Summons, and the Memorandum of Points and Authorities and Declaration of Marilyn Collins filed in support of the petition, shall be served upon Respondent on or before April 9, 2008.

   IT IS HEREBY FURTHER ORDERED that within twenty (20) days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summons, supported by the appropriate declaration(s), as well as any motions Respondent desires to make.  The United States may file a reply within 14 days from the date of service of Respondent's response. All motions and issues raised by Respondent will be considered on the return date of this Order, and any uncontested allegations in the Petition to Enforce Internal Revenue Service Summons will be deemed admitted.  Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declarations(s), will not be considered on the return date of this Order.

IT IS SO ORDERED.

**Dated:   March 24, 2008**            **/s/ Sandra M. Snyder**
                           UNITED STATES MAGISTRATE JUDGE