1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB (SBN 166452)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Petitioners United States of America
   and Revenue Officer Marilyn Collins

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service, <br><br>         Petitioners, <br><br>    v. <br><br> MARY L. VINCENT, <br><br>         Respondent. | 1:08-cv-00398-OWW-SMS <br><br> **PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING;ORDER THEREON** <br><br> **OLD HEARING DATE:** <br><br> Date:   May 9, 2008 <br> Time:   9:30 a.m. <br> Ctrm:   7 <br><br> **NEW HEARING DATE:** <br><br> Date:   June 6, 2008 <br> Time:   10:30 a.m. <br> Ctrm:   7 |

    Petitioners United States of America and Revenue Officer Marilyn Collins hereby request that the Court grant a continuance of the Order to Show Cause Hearing to Enforce Internal Revenue Service Summons, currently scheduled for May 9, 2008, to June 6, 2008, at 10:30 a.m.  Counsel for Respondent Mary L. Vincent, John W. Phillips, requested additional time to allow Respondent to voluntarily comply with the summons.

1

```
                                        Respectfully submitted,

Dated:   April 28, 2008.                McGREGOR W. SCOTT
                                        United States Attorney


                                   By:   /s/ Kimberly A. Gaab
                                        KIMBERLY A. GAAB
                                        Assistant U.S. Attorney
                                        Attorneys for Petitioners
                                        United States of America
                                        and Revenue Officer
                                        Marilyn Collins
```

## ORDER

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued to June 6, 2008, at 10:30 a.m. in Courtroom 7.

```
DATED: April 29, 2008              /s/ Sandra M. Snyder
                                   SANDRA M. SNYDER
                                   UNITED STATES MAGISTRATE JUDGE
```

PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; [PROPOSED] ORDER THEREON

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on April 28, 2008, she served a copy of:

**PETITIONERS' REQUEST FOR CONTINUANCE OF
ORDER TO SHOW CAUSE HEARING; [PROPOSED] ORDER THEREON**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

John W. Phillips, Esq.
Wild, Carter & Tipton
246 W. Shaw Avenue, Suite 200
Fresno, California 93704

Paulette M. Tremblay