UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA AND MARILYN COLLINS, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>MARY L. VINCENT,<br><br>    Respondent. | 1:08-cv-00398-OWW-SMS<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (DOC. 4)<br><br>ORDER DIRECTING THE CLERK TO CLOSE THIS ACTION |

    Petitioners are proceeding with a civil action in this Court concerning enforcement of a summons issued by the Internal Revenue Service.

    On March 24, 2008, the Court issued an order to show cause why the summons should not be enforced and set the matter for hearing. On May 16, 2008, Petitioners filed a notice of compliance stating that Respondent had complied with the summons. Petitioners also requested that the Court vacate the hearing, and they suggested that the file be closed. By minute order, the hearing has been vacated.

    Good cause appearing, the order to show cause that issued on March 24, 2008, IS DISCHARGED.

1

1  The Clerk IS DIRECTED to close this action because this
2 order terminates the action in its entirety
3 IT IS SO ORDERED.
4 **Dated:   May 31, 2008**           <u>     /s/ Oliver W. Wanger     </u>
                                            UNITED STATES DISTRICT JUDGE